*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  November 13, 2014                518608
_____

In the Matter of the Claim of
    CARLINE CAMPBELL,
                        Appellant.
                                            MEMORANDUM AND ORDER
COMMISSIONER OF LABOR,
                        Respondent.
_____

Calendar Date:   September 16, 2014

Before:   Lahtinen, J.P., McCarthy, Rose, Lynch and Clark, JJ.

_____

        Carline Campbell, Sloan, appellant pro se.

        Eric T. Schneiderman, Attorney General, New York City
(Linda D. Joseph of counsel), for respondent.

_____


        Appeal from a decision of the Unemployment Insurance Appeal
Board, filed May 24, 2013, which ruled that claimant was
disqualified from receiving unemployment insurance benefits
because she voluntarily left her employment without good cause.

        Decision affirmed.  No opinion.

        Lahtinen, J.P., McCarthy, Rose, Lynch and Clark, JJ.,
concur.

ORDERED that the decision is affirmed, without costs.




ENTER:

Robert D. Mayberger
Clerk of the Court